IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 06-5585 |
| | : | |
| WOMEN'S MEDICAL GROUP, et al., | : | |
| Defendants | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this   26th   day of March, 2007, upon consideration of the government's unopposed motion for entry of default judgment (Document #4), it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that a default judgment is entered against Women's Medical Group, David Mazer, and Jane Steinman Mazer in the amount of $14,124,000.00.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.